13 A.3d 870

IN THE MATTER OF STEVEN A. ABOLOFF, AN ATTORNEY
AT LAW (ATTORNEY NO. 015191986).

February 14, 2011.

## ORDER

This matter having been opened to the Court by the Director of the Office of Attorney Ethics, and with the consent of **STEVEN A. ABOLOFF** of **MOUNT LAUREL,** and his counsel, Thomas D. Begley, III, Esquire, and the Office of Attorney Ethics and Steven A. Aboloff having agreed that **STEVEN A. ABOLOFF** lacks the capacity to engage in the practice of law and should be transferred to disability inactive status in accordance with *Rule* 1:20–12, and good cause appearing;

It is ORDERED that **STEVEN A. ABOLOFF** is hereby transferred to disability inactive status pursuant to *Rule* 1:20–12, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **STEVEN A. ABOLOFF** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **STEVEN A. ABOLOFF** comply will *Rule* 1:20–20 governing incapacitated attorneys.